# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WIN WASTE INNOVATIONS OF SENECA COUNTY LLC )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>SENECA COUNTY GENERAL HEALTH DISTRICT, *et al.* )<br>)<br>*Defendants.* ) | CIVIL ACTION NO. 3:25-cv-01065 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF REBEKAH M. SINGH

Pursuant to Local Rule 83.5(h), A. Hyun Rich, one of the attorneys for Plaintiff WIN Waste Innovations of Seneca County LLC, respectfully moves this Court to admit Rebekah M. Singh to appear *pro hac vice* and participate as counsel in this case for Plaintiff WIN Waste Innovations of Seneca County LLC. Movant represents as follows:

1. I am an active Ohio attorney in good standing (Ohio Bar No. 0098505) and have agreed to sponsor Rebekah M. Singh in the above-captioned case.

2. The following is a list of the jurisdictions in which Ms. Singh has ever been licensed to practice law, including dates of admission to practice, resignation, or retirement, and any attorney registration numbers: Indiana (May 21, 2013) Bar No. 31104-29; Ohio (November 17, 2008) Bar No. 0083574; U.S. District Court for the Southern District of Ohio (2009); U.S. Court of Appeals for the D.C. Circuit (2009) D.C. Cir. No. 52306.

3. Full name and contact information is:

>Rebekah M. Singh
>SQUIRE PATTON BOGGS (US) LLP
>2000 Huntington Center
>41 South High Street
>Columbus, Ohio 43215
>Telephone: (614) 365-2787
>Facsimile: (614) 365-2499
>rebekah.singh@squirepb.com

4. There are no disciplinary proceedings pending against Ms. Singh as a member of the bar in any jurisdiction, nor has she ever been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

5. Ms. Singh has never received any reprimand from any court, department, bureau, or commission of any State of the United States pertaining to her conduct or fitness as a member of the bar in any jurisdiction.

6. A copy of Rebekah M. Singh's Certificate of Good Standing for the State of Ohio is attached hereto as Exhibit A.

7. Ms. Singh has read, knows, and understands the Local Rules of this Court.

8. As to matters arising during or pertaining to this action, Ms. Singh hereby subjects and submits herself to the disciplinary powers of this Court in accordance with Local Rule 83.5(h) and represents that she is of good moral and professional character and, if required, will swear or affirm that she will conduct herself as an attorney and counselor of this Court, uprightly and according to law, and that she will support the Constitution of the United States.

9. The required fee of $120.00 is attached herewith.

WHEREFORE, A. Hyun Rich of Squire Patton Boggs (US) LLP respectfully requests that this Court grant attorney Rebekah M. Singh admission to appear in this action *pro hac vice* before this Court on behalf of Plaintiff WIN Waste Innovations of Seneca County LLC.

Dated: June 2, 2025

    Respectfully submitted,

/s/*A. Hyun Rich*
A. Hyun Rich (0098505)
ally.rich@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
T: +1.216.479.8500
F: +1.216.479-8780

*Attorney for Plaintiff WIN Waste Innovations of Seneca County LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion is being served to all parties of record via the Court's ECF filing system on this 2nd day of June 2025.

*/s/ A. Hyun Rich*
*One of the attorneys for Plaintiff WIN Waste Innovations of Seneca County LLC*